RECEIVED
2010 DEC 21  A 10: 31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Michael G. Kelber (Pro Hac Vice Applicant)
   Neal, Gerber & Eisenberg LLP
2  Two North LaSalle Street, Suite 1700
   Chicago, Illinois 60602-3801
3  Tel: (312) 269-8000
   Fax: (312) 269-1747
4  E-mail: mkelber@ngelaw.com

5  Pro Hac Vice Applicant

6  Marilyn Raia, SBN 72320
   C. Todd Norris, SBN 181337
7  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
8  San Francisco, CA  94108
   Tel: (415) 352-2700
9  Fax: (415) 352-2701
   E-mail: marilyn.raia@bullivant.com
10 E-mail: todd.norris@bullivant.com

11 Attorneys for Plaintiff BEATS ELECTRONICS, LLC

12 Robert W. Payne, Esq. (Bar No. 073901)
   Scott J. Allen, Esq. (Bar No. 178925)
13 Christopher J. Passarelli (Bar No. 241174)
   LARIVIERE, GRUBMAN & PAYNE, LLP
14 Post Office Box 3140
   19 Upper Ragsdale Drive
15 Monterey, CA  93942-3140
   Tel: (831) 649-8800
16 Facsimile: (831) 649-8835

17 Attorneys for Plaintiff MONSTER CABLE PRODUCTS, INC.

18             IN THE UNITED STATES DISTRICT COURT

19           FOR THE NORTHERN DISTRICT OF CALIFORNIA

20 BEATS ELECTRONICS, LLC, a Delaware        Case No: CV10-5680
   Limited Liability Company and MONSTER
21 CABLE PRODUCTS, INC., a California
   corporation,                             ORDER GRANTING
22                                          APPLICATION FOR ADMISSION
                                            OF ATTORNEY MICHAEL G.
23             Plaintiffs,                  KELBER *PRO HAC VICE*
24     vs.
25 FANNY WANG HEADPHONE COMPANY,
   INC., a California Corporation and TIMOTHY    JURY TRIAL DEMANDED
26 W. HICKMAN, an Individual
27             Defendants.
28

                              1

FAXED
FIRST LEGAL SUPPORT SERVICES

1    Michael G. Kelber, an active member in good standing of the bar of Illinois, whose

2  business address and telephone is:

3          Michael G. Kelber (Pro Hac Vice Applicant)
           Neal, Gerber & Eisenberg LLP
4          Two North LaSalle Street, Suite 1700
           Chicago, Illinois 60602-3801
5          Tel:  (312) 269-8000
           Fax:  (312) 269-1747
6          E-mail: mkelber@ngelaw.com

7    Having applied in the above-entitled action for admission to practice in the Northern

8  District of California on a *pro hac vice* basis, representing Plaintiff BEATS ELECTRONICS,

9  LLC.

10   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

11 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac

12 vice.  Service of papers upon and communication with co-counsel designated in the application

13 will constitute notice to the party.  All future filings in this action are subject to the requirements

14 contained in General Order No. 45, *Electronic Case Filing.*

15

16

17 DATED:  December 23, 2010

18                         By: _____

19                              UNITED STATES DISTRICT COURT JUDGE

20

21

22 12996009.1

23

24

25

26

27

28

2

ORDER GRANTING APPLICATION FOR ADMISSION FOR ATTORNEY MICHAEL G. KELBER *PRO HAC VICE*