1 | Luis M. Lozada (Pro Hac Vice Applicant)
Neal, Gerber & Eisenberg LLP
2 | Two North LaSalle Street, Suite 1700
Chicago, Illinois 60602-3801
3 | Tel: (312) 269-8000
Fax: (312) 269-1747
4 | E-mail: llozada@ngelaw.com

5 | Pro Hac Vice Applicant

6 | Marilyn Raia, SBN 72320
C. Todd Norris, SBN 181337
7 | BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
8 | San Francisco, CA 94108
Tel: (415) 352-2700
9 | Fax: (415) 352-2701
E-mail: marilyn.raia@bullivant.com
10 | E-mail: todd.norris@bullivant.com

11 | Attorneys for Plaintiff BEATS ELECTRONICS, LLC

12 | Robert W. Payne, Esq. (Bar No. 073901)
Scott J. Allen, Esq. (Bar No. 178925)
13 | Christopher J. Passarelli (Bar No. 241174)
LaRIVIERE, GRUBMAN & PAYNE, LLP
14 | Post Office Box 3140
19 Upper Ragsdale Drive
15 | Monterey, CA 93942-3140
Tel: (831) 649-8800
16 | Facsimile: (831) 649-8835

17 | Attorneys for Plaintiff MONSTER CABLE PRODUCTS, INC.

18 | IN THE UNITED STATES DISTRICT COURT

19 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

20 | BEATS ELECTRONICS, LLC, a Delaware    Case No: CV10-5680
Limited Liability Company and MONSTER
21 | CABLE PRODUCTS, INC., a California
22 | corporation,                          **ORDER GRANTING
                                          APPLICATION FOR ADMISSION
23 |              Plaintiffs,              OF ATTORNEY LUIS M. LOZADA
                                          *PRO HAC VICE***
24 | vs.

25 | FANNY WANG HEADPHONE COMPANY,
INC., a California Corporation and TIMOTHY   JURY TRIAL DEMANDED
26 | W. HICKMAN, an Individual

27 |              Defendants.

28 |

1

1   Luis M. Lozada, an active member in good standing of the bar of Illinois, whose business

2   address and telephone is:

3       Luis M. Lozada (Pro Hac Vice Applicant)
        Neal, Gerber & Eisenberg LLP
4       Two North LaSalle Street, Suite 1700
        Chicago, Illinois 60602-3801
5       Tel:  (312) 269-8000
        Fax:  (312) 269-1747
6       E-mail: llozada@ngelaw.com

7   Having applied in the above-entitled action for admission to practice in the Northern

8   District of California on a *pro hac vice* basis, representing Plaintiff BEATS ELECTRONICS,

9   LLC.

10      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

11  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac

12  vice. Service of papers upon and communication with co-counsel designated in the application

13  will constitute notice to the party. All future filings in this action are subject to the requirements

14  contained in General Order No. 45, *Electronic Case Filing*.

15

16

17  DATED: January 3, 2011

18  By: _____

19  UNITED STATES DISTRICT COURT JUDGE

20

21

22
    NGEDOCS: 1759506.1
23

24

25

26

27

28

2

ORDER GRANTING APPLICATION FOR ADMISSION FOR ATTORNEY LUIS M. LOZADA *PRO HAC VICE*