IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATS ELECTRONICS, LLC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>FANNY WANG HEADPHONE COMPANY, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C-10-5680 MMC<br><br>**ORDER DIRECTING FANNY WANG AND BEATS TO SUBMIT CHAMBERS COPIES OF DOCUMENTS IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

      On January 18, 2011, defendants HardCandy Cases LLC and Timothy W. Hickman (collectively, "Fanny Wang") electronically filed their "Answer to Plaintiff's Complaint, and Counterclaims." On February 7, 2011, plaintiff Beats Electronics, LLC's ("Beats") electronically filed its "Motion to Strike Defendants' Affirmative Defenses."

      Fanny Wang and Beats have violated General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

Fanny Wang and Beats are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting chambers copies of the above-referenced documents.  Fanny Wang and Beats are hereby advised that if they fail in the future to comply with General Order 45 and the Court's Standing Order to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated:  March 2, 2011

_____
MAXINE M. CHESNEY
United States District Judge