IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATS ELECTRONICS, LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FANNY WANG HEADPHONE COMPANY, INC., et al.,<br><br>　　　　Defendants. | No. C-10-5680 MMC<br><br>**ORDER GRANTING PLAINTIFF BEATS ELECTRONICS, LLC'S MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES; STRIKING DEFENDANTS' AFFIRMATIVE DEFENSES; VACATING MARCH 18, 2011 HEARING** |

　　Before the Court is plaintiff Beats Electronics, LLC's ("Beats") "Motion to Strike Defendants' Affirmative Defenses," filed February 7, 2011.  Plaintiff Monster Cable Products, Inc.'s ("Monster") has filed a Joinder.  Defendants HardCandy Cases LLC, dba Fanny Wang Headphone Company, Inc., and Timothy W. Hickman (collectively, "Fanny Wang") have filed a Statement of Nonopposition.  Having read and considered the parties' respective submissions, the Court rules as follows.[1]

　　Good cause appearing, the motion is hereby GRANTED, and Fanny Wang's affirmative defenses are hereby STRICKEN.

　　**IT IS SO ORDERED.**

Dated: March 10, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The March 18, 2011 hearing is hereby VACATED.