1  JAMES C. OTTESON, State Bar No. 157781
   jim@agilityiplaw.com
2  THOMAS T. CARMACK, State Bar No. 229324
   tom@agilityiplaw.com
3  AGILITY IP LAW, LLP
   1900 University Circle, Suite 201
4  Telephone:  (650) 227-4800
   Facsimile:   (650) 318-3483
5
6  Attorneys for Defendants and Counter-Claimants
   FANNY WANG HEADPHONE COMPANY, INC.
7  and TIMOTHY W. HICKMAN

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 | BEATS ELECTRONICS, LLC, a Delaware          | CASE NO.: CV-10-05680-MMC
   | Limited Liability Company and MONSTER       |
12 | CABLE PRODUCTS, INC., a California           | [PROPOSED] ORDER GRANTING
   | corporation,                                 | DEFENDANTS' UNOPPOSED
13 |                                              | MOTION SEEKING LEAVE TO FILE
   |                 Plaintiffs,                   | AMENDED ANSWER AND
14 | v.                                           | COUNTERCLAIMS
15 | FANNY WANG HEADPHONE COMPANY,                 |
   | INC., a California Corporation and TIMOTHY W.|
16 | HICKMAN, an Individual,                      |
   |                                              |
17 |                 Defendants.                   |

18

19         Having considered Defendants' unopposed motion for leave to file an amended answer

20  and counterclaims, and good cause appearing therefor, the motion is GRANTED.

21         Defendants shall file their amended answer and counterclaims, in the form attached to

22  their motion, within seven days.

23         IT IS SO ORDERED.

24

25  Dated:  May 27, 2011

26                                              MAXINE M. CHESNEY
                                                United States District Judge
27

28