Michael G. Kelber (Pro Hac Vice)
Maurice E. Finnegan, III (Pro Hac Vice)
Luis M. Lozada (Pro Hac Vice)
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 1700
Chicago, Illinois 60602-3801
Tel: (312) 269-8000
Fax: (312) 269-1747
E-mail: mkelber@ngelaw.com
E-mail: mfinnegan@ngelaw.com
E-mail: llozada@ngelaw.com

Marilyn Raia, SBN 72320
C. Todd Norris, SBN 181337
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, CA 94108
Tel: (415) 352-2700
Fax: (415) 352-2701
E-mail: marilyn.raia@bullivant.com
E-mail: todd.norris@bullivant.com

Attorneys for Plaintiff BEATS ELECTRONICS, LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEATS ELECTRONICS, LLC, a Delaware Limited Liability Company and MONSTER CABLE PRODUCTS, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FANNY WANG HEADPHONE COMPANY, INC., a California Corporation and TIMOTHY W. HICKMAN, an Individual,<br><br>Defendants. | Case No.: CV10-5680 MMC<br><br>**STIPULATION AND ORDER** EXTENDING DEADLINE TO COMPLETE MEDIATION |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS the Court previously ordered that Plaintiffs Beats Electronics, LLC and Monster Cable Products Inc., and Defendants Fanny Wang Headphone Company and Timothy

W. Hickman complete mediation on or before June 17, 2011;

WHEREAS the parties have made diligent efforts to comply with the Court's order, but have had substantial difficulties finding a date, prior to the Court's deadline, that allows all necessary parties to participate;

WHEREAS the parties have agreed to mediate on July 18, 2011, and have reserved said date with a mediator;

WHEREAS a forty day extension of the time to mediate will not interfere with any other deadlines ordered by the Court in this action;

WHEREAS mediation on July 18, 2011 is well in advance of the next Case Management Conference for this matter, which is set for March 16, 2012;

NOW THEREFORE, it is hereby stipulated and agreed that the time for Plaintiffs Beats Electronics, LLC and Monster Cable Products Inc., and Defendants Fanny Wang Headphone Company and Timothy W. Hickman for completing mediation be extended from the present deadline of June 17, 2011 to a new deadline of July 27, 2011.

IT IS SO STIPULATED.

DATED: June 13, 2011

///

///

///

///

///

///

///

///

///

///

///

NEAL GERBER EISENBERG LLP

By:/Michael G. Kelber/
Michael G. Kelber, *Pro Hac*
Maurice E. Finnegan III, *Pro Hac*
Luis M. Lozada, *Pro Hac*
Attorneys for Plaintiff and Counter-Defendant BEATS ELECTRONICS, LLC

AGILITY IP LAW LLP

By: /Thomas T. Carmack/
James C. Otteson
Thomas T. Carmack

Attorneys for Defendants and Counter-Claimants FANNY WANG HEADPHONE COMPANY, INC. and TIMOTHY W. HICKMAN

LaRIVIERE, GRUBMAN & PAYNE, LLP

By:/Robert W. Payne/
Robert W. Payne
Scott J. Allen
Christopher J. Passarelli
Attorneys for Plaintiff and Counter-Defendant MONSTER CABLE PRODUCTS, INC.

**IT IS SO ORDERED.**

DATED: June 14, 2011

THE HON. MAXINE M. CHESNEY
United States District Court Judge

NGEDOCS: 1816485.1