```
 1  JAMES C. OTTESON, State Bar No. 157781
    jim@agilityiplaw.com
 2  THOMAS T. CARMACK, State Bar No. 229324
    tom@agilityiplaw.com
 3  AGILITY IP LAW, LLP
    1900 University Circle, Suite 201
 4  Telephone: (650) 227-4800
    Facsimile:  (650) 318-3483
 5
    Attorneys for Defendants and Counter-Claimants
 6  FANNY WANG HEADPHONE COMPANY, INC.
    and TIMOTHY W. HICKMAN
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEATS ELECTRONICS, LLC, a Delaware Limited Liability Company and MONSTER CABLE PRODUCTS, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FANNY WANG HEADPHONE COMPANY, INC., a California Corporation and TIMOTHY W. HICKMAN, an Individual,<br><br>Defendants. | CASE NO.: CV-10-05680-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION SEEKING LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS** |

Having considered Defendants' unopposed motion for leave to file a second amended answer and counterclaims, and good cause appearing therefor, the motion is GRANTED.

Defendants shall file their second amended answer and counterclaims, in the form attached to their motion, within seven days.

IT IS SO ORDERED.

Dated: July 7, 2011

_____
MAXINE M. CHESNEY
United States District Judge