# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion to Consider Whether Cases Should Be Related has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12(a):

**C 10-5680 MMC**    **Beats Electronics, LLC v. Fanny Wang Headphone Co.**
**C 11-2664 EMC**    **Signeo USA, LLC v. Beats Electronics, LLC**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ X ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[   ] **ARE RELATED** as defined by Civil L.R. 3-12(a).

**DATED**:  July 29, 2011

MAXINE M. CHESNEY
United States District Judge